IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 SEP -P A 9:78
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

HAROLD MOSS #170262
Full name and prison number of plaintiff(s)

V.

MONTGOMERY PRE-RELEASE CENTER
OFFICER CASEY
LT. SMITH

Name of person(s) who violated your constitutianal rights.
(List the names of all the persons)

CIVIL ACTION NO._____
(To be supplied by the clerk of the U.S. District Court)

2:06 CV-784-MEF

I. PREVIOUS LAWSUITS
A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this actic
   Yes ( )   NO (X)
B. Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes ( )   NO (X)
C. If your answer to A or B is yes, describe each lawsuit in the space below. (if more than one lawsuit describe the addi-ional lawsuits on another piece of paper, using the same out line.

II. PLACE OF PRESENT CONFINEMENT, Montgomery Pre-release center, MT. Meigs AL 36057 P.O. Box 75.
PLACE OR INSTITUTION WHERE INCIDENT OCCURRED, Montgomery Pre-release center

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Officer CASEY | Montgomery Pre-release center, P.O. Box 75 MT. Meigs AL 36057 |
| 2. L.T. SMITH | Montgomery Pre-release center P.O. Box 75 MT. Meigs AL 36057 |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED
    08/29/06

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED.

GROUND ONE: I was vigorously attack'd by two officers.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND (state as best you can the time, place, manner, and person involved). I was grabed and hit in the back of my head with a metal nightstick, on 08/29/06 at or about 9:15 (a.m) and was thrown to the ground and hand cuffed, while on the ground I was punched repeatly in the side and lower part of my back and had my face slammed to the floor numerous of times by officer casey. at no time did I threat him nor touch him. nor was any force useby me. I was physically assaulted by this officer. (Officer Casey).

GROUND TWO: I was physically assaulted by LT. SMITH
SUPPORTING FACTS: on 08/29/06 while handcuffed behind my back. I was hit in the mouth by LT. SMITH, as a result my lip was busted. clearly I wasn't a threat. I was handcuffed.

GROUND THREE: the left side of the back of my head is swollen, the lower part of my back ache, my right knee is swollen and scared up. my bottom lip on the right side is busted. I'm having headaches. the left side of my face is bruised. all because of the beaten I sustain'd by these officers.

SUPPORTING FACTS: I was treated to a body chart by Nurse smith here. the body charts shows all the marks, bruises on my face, head, knee, mouth and back. also Rodney Hinton 184941 witness the whole inciden

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES. I'm respectfully requesting the court to order the defendants to pay me the sum of $100,000 for the assault I received and the pain. and possible face charges for what they did to me.

*Harold Moss*
signature of Plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct
EXECUTED on 08/29/06
(date)

*Harold Moss*
signature of Plaintiff(s)