IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

Harold Moss 178262
Plaintiff(s)

v.

Montgomery Pre-release center
Officer Casey
LT. Smith
Defendant(s)

2:06 CV-784-MEF

I, Harold Moss, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in the above en support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instruction below are true.

1. Are you presently employed? Yes ( )   NO (X)

A. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer

B. If the answer is no, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer.   N/A

2. Have you received within the past twelve months any money from any of the following sources?

A. Business, profession, or form of self-employment?
   Yes ( )   No (X)

B. Rent payments, interest, or dividends? Yes ( )   No (X)

C. Pensions, annuities, or life insurance payments
   Yes ( )   No (X)

D. Gifts or inheritances   Yes ( )   No (X)

E. any other sources   Yes ( )   No (X)

If the answer to any of the above is yes, describe each source of money and the amount received from each during the past twelve months.

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts].            Yes (X)    No ( )

   If the answer is YES, state the total value of the items owned. _27¢_

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?    Yes ( )    No (X)

   If the answer is YES, describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____

_Harold Moss_
Signature of Affiant

STATE OF ALABAMA    )
COUNTY OF _Montgomery_    )

Before me, a Notary Public in and for said County, in said State, personally appeared _____
_08/30/06_ _____, whose name is signed to the foregoing complaint, who being first duly sworn, deposes on oath and says:

   That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

_Harold Moss_
Signature of Affiant

Sworn to and subscribed before me on this _30_ day of _August_, _2006_.

NOTARY PUBLIC

_Montgomery_ County, Alabama
My Commission Expires: _5/10/2010_