**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **HAROLD MOSS** | ) | |
| | ) | |
| **Plaintiff(s),** | ) | |
| | ) | |
| | ) | |
| | ) | **CASE NO. 2:06-CV-784-MEF-VPM** |
| **MONTGOMERY PRE-RELEASE** | ) | |
| **CENTER, ET AL.** | ) | |
| | ) | |
| **Defendant(s).** | ) | |
| | ) | |

**MOTION FOR EXTENSION OF TIME**

COMES NOW the Defendants, Curtis Casey and Otis Smith, by and through the undersigned counsel, and hereby request an additional 30 (thirty) days in which to respond to Plaintiff's complaint and for grounds state as follows:

1.    The Special Report and Answer for the Defendants are due October 16, 2006.

2.    The undersigned has encountered some delay in securing affidavits and other materials necessary to adequately respond to Plaintiff's allegations.

3.    More time is needed by the Defendants to adequately prepare a response to Plaintiff's Complaint.

4.    No party will be prejudiced by such and extension.

Respectfully submitted,

TROY KING
Attorney General

/s/ Benjamin H. Albritton
Benjamin H. Albritton
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 – fax

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 16th day of October, 2006, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Harold Moss, 170262
Montgomery Pre-Release Center
PO Box 75
Mt. Meigs, AL 36057

/s/ Benjamin H. Albritton
Benjamin H. Albritton
Assistant Attorney General