IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HAROLD MOSS** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 2:06-CV-784-MEF-VPM |
| **CURTIS CASEY and OTIS SMITH** | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## ANSWER OF DEFENDANTS

COME NOW Defendants **Officer Curtis Casey and Lt. Otis Smith**, by and through the undersigned counsel, and for their Answer to the above-styled action, state as follows:

Defendants deny each and every material allegation made in the Complaint, and demand strict proof thereof.

Defendants deny that they violated any of the Plaintiff's constitutional rights.

Defendants deny that they caused or allowed to continue any unconstitutional condition of the Plaintiff's confinement.

## DEFENSES AND AFFIRMATIVE DEFENSES

The Plaintiff has failed to state a claim upon which relief may be granted.

The Plaintiff has failed to state a claim upon which relief may be granted.

The Defendants are immune from suit under the Eleventh Amendment to the United States Constitution.

The Defendants are immune from suit due to qualified immunity.

Respectfully submitted,

TROY KING (KIN047)
Attorney General

/s/ Benjamin H. Albritton
Benjamin H. Albritton (ALB008)
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-7433 - fax

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 15th day of November, 2006, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Harold Moss, 170262
Montgomery Pre-Release Center
PO Box 75
Mt. Meigs, AL 36057

/s/ Benjamin H. Albritton
Benjamin H. Albritton
Assistant Attorney General