IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HAROLD MOSS** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 2:06-CV-784-MEF-VPM |
| **CURTIS CASEY and OTIS SMITH** | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |
| | ) |

**CONFLICT DISCLOSURE STATEMENT**

    COMES NOW, ***Officer Curtis Casey and Lt. Otis Smith***, Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    X    This party is an individual, or

    X    This party is a governmental entity, or

    X    There are no entities to be reported, or

        The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |

1

Respectfully submitted,
TROY KING
Attorney General

/s/ Benjamin H. Albritton
Benjamin H. Albritton
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-7433 - fax

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 13th day of March, 2008, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Harold Moss, 170262
Montgomery Pre-Release Center
PO Box 75
Mt. Meigs, AL 36057

/s/ Benjamin H. Albritton
Benjamin H. Albritton
Assistant Attorney General

2